**Order filed February 1, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00476-CV
_____

**ROBERT HANSON AND ROBIN HANSON, Appellants**

**V.**

**ZHOUYUAN ZHANG, Appellee**

---

**On Appeal from the County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-CCV-069420**

---

## ORDER

Appellants' brief was originally due October 15, 2021. We granted an extension of time to file appellants' brief until January 18, 2022. When we granted this extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed by that date. Accordingly, we order appellants to file a brief with the clerk of this court on or before **February 22, 2022**. If appellants do not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.